# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** II **Investigating Agency** DEA

**City** Quincy

**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant x
Magistrate Judge Case Number _____
Search Warrant Case Number See attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: Kevin Thomas CILIBERTO    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: 32 Lantz Ave, Whitman, MA

Birth date (Yr only): 1981  SSN (last 4#): 4248  Sex: M  Race: W  Nationality: _____

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Lindsey Weinstein    Bar Number if applicable: 676933

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:** 3/7/2024

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Quincy PD    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/7/2024    Signature of AUSA: /s/ Lindsey Weinstein

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Kevin Thomas CILIBERTO

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

See attached

SW numbers:

22-MJ-6098-MPK

22-MJ-6099-MPK

22-MJ-6190-MPK

22-MJ-6008-MPK

23-MJ-6009-MPK

23-MJ-6010-MPK

23-MJ-6300-MPK

23-MJ-6301-MPK

23-MJ-6302-MPK

23-MJ-6593-MPK

23-MJ-6594-MPK

23-MJ-6595-MPK

23-MJ-8132-PGL

24-MJ-6053-MPK

24-MJ-6054-MPK

24-MJ-6199-MPK

24-MJ-6201-MPK

24-MJ-6202-MPK

24-MJ-6203-MPK

24-MJ-6204-MPK